IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(SOUTHERN DIVISION)

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| Petitioner, | : | |
| v. | : | Civil No. PJM-08-1764 |
| **RANBAXY, INC., et al.,** | : | |
| Respondents. | : | |

.....o0o.....

## NOTICE OF WITHDRAWAL OF MOTION

The United States of America hereby withdraws the Motion to Enforce Subpoenas filed on July 3, 2008. Respondents Ranbaxy, Inc. and PAREXEL Consulting have produced substantially all the documents that were at issue and have agreed to replace promptly any produced documents that are hereafter determined to be illegible or of poor quality. Furthermore, Respondents have agreed to continue to produce responsive documents that are discovered after this Notice is filed. Finally, the United States respectfully requests authority to reopen this Motion upon discovery that any responsive, non-privileged documents have been improperly withheld.

    Respectfully submitted,

    Rod J. Rosenstein
    United States Attorney

By:_____/s/_____
    Roann Nichols
    Assistant United States Attorney
    36 S. Charles Street, Fourth Floor
    Baltimore, Maryland 21201
    410-209-4800

        By:\_\_\_\_\_/s/_____
Michele Sartori
Assistant United States Attorney
400 United States Courthouse
6500 Cherrywood Lane
Greenbelt, Maryland 20770-1249
301-344-4433

\_\_\_\_\_/s/_____
Linda I. Marks
Senior Litigation Counsel
U.S. Department of Justice
Office of Consumer Litigation
P.O. Box 386
Washington, D.C. 20044
202-307-0060